IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Action No. |
| v. ) | 05-00404-01-CR-W-DW |
| ) | |
| BRIAN STARR, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On November 1, 2005, the Grand Jury returned a one count indictment against defendant Brian L. Starr. The indictment charges that on or about September 4, 2005, defendant Starr, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a Hi-Point, Model JHP, .45 caliber semi-automatic handgun.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
      Government: Stefan Hughes
      Case Agent: Special Agent Christopher Gillio of the ATF Task Force
      Defense:     Steve Moss

**OUTSTANDING MOTIONS**: None

**TRIAL WITNESSES**:
      Government:   9 without stipulations; 7 with stipulations
      Defendant:    1 witness, defendant may testify

**TRIAL EXHIBITS**:
      Government:   8   exhibits
      Defendant:     0   exhibits

**DEFENSES**: general denial

**POSSIBLE DISPOSITION**:
( ) Definitely for trial   (X) Possibly for trial   ( ) Likely a plea will be worked out

**TRIAL TIME: 2 days**
Government's case including jury selection: 2 days
Defense case: several hours at most

**STIPULATIONS**: The parties anticipate working out stipulations as to the defendant's criminal record and as to the interstate nexus of the firearm.

**UNUSUAL QUESTIONS OF LAW: None**

**FILING DEADLINES:**

**Witness and Exhibit List:** To be filed on Friday prior to the Pretrial Conference
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday, June 14, 2006**
**Please Note**: Jury instructions must comply with Local Rule 51.1.

**Motions in Limine:** None planned

**TRIAL SETTING**: This case is set on the June 19, 2006 Joint Criminal Jury Trial Docket.

**IT IS SO ORDERED.**

                                                */s/ Sarah W. Hays*
                                                SARAH W. HAYS
                                  UNITED STATES MAGISTRATE JUDGE